FILED
SUPERIOR COURT
OF GUAM

7?3 APR 11 PM 2: 35

CLERK OF COURT

BY:____ _____ ____

## IN THE SUPERIOR COURT OF GUAM

CARLO J. N. BRANCH,

                   Plaintiff,

     v.

GUAM ELECTION COMMISSION, JOSEPH
MESA, MARTHA RUTH, JOHN TAITANO,
ALICE TAIJERON, JOHN TERLAJE,
JOSHUA TENORIO, and ROBERT CRUZ,

                   Defendants,

EDWARD B. CALVO and RAY TENORIO,

                   Real Parties in
                   Interest.

CIVIL CASE NO. CV0123-11

**DECISION AND ORDER**

This matter came before the Honorable Arthur R. Barcinas on the 26th day of March, 2013, upon acceptance of personal service of Plaintiff Carlo J. N. Branch's ("Plaintiff's") Statement of Objection. Attorney Gary Wayne Francis Gumataotao represented the Plaintiff. The Court issues this Decision and Order to clarify the status of the Statement of Objection.

The Court's Decision & Order of March 25, 2013 struck Plaintiff's Statement of Objection on two independently sufficient grounds: (1) failure to comply with the procedural requirement of service forthwith upon the Judge, and (2) failure to allege legally sufficient

grounds for disqualification. As of March 26, 2013, the date Judge Barcinas was personally served, the Statement of Objection had been stricken. Service had no legally cognizable effect.

To the extent that the March 26 service can be understood as an attempt to cure the procedural defect of failure to serve forthwith, the Court is not convinced that such an attempt can succeed. Service was made two weeks after filing. The Oxford English Dictionary defines "forthwith" as "immediately; without delay." In light of the ease and simplicity of effecting personal service upon a Superior Court Judge, the Court cannot conclude that service two weeks after filing is service "forthwith," and affirms its decision to strike for failure to serve forthwith.

However, even if service as effected were proper, the Statement of Objection would remain legally insufficient for the reasons outlined in the Decision & Order of March 25, 2013. The Statement of Objection would remain stricken on those independently sufficient grounds. To the extent that the Statement of Objection served upon Judge Barcinas can be understood as a new Statement of Objection served and not yet filed, it remains legally insufficient for the same reasons, and is accordingly stricken.

The Court notes that its Answer was filed with its Decision & Order striking the Statement of Objection, and invites counsel to examine that Answer in deciding how to proceed.

**SO ORDERED** this ____ day of ~~March~~, 2013.   APR 1 1 2013



_____
HONORABLE ARTHUR R. BARCINAS
Judge, Superior Court of Guam

I do hereby certify that the foregoing us a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam
Dated at Hagåtña, Guam

APR 1 1 2013

Joseph J. Fausto
Deputy Clerk, Superior Court of Guam